IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RODNEY WILLIAMS**
**#79899**                                                              **PLAINTIFF**

v.                          No. 5:13-cv-316-DPM-BD

**RAY HOBBS, Director, Arkansas**
**Department of Corrections**                                           **DEFENDANT**

## ORDER

The Court has considered Magistrate Judge Beth Deere's Recommended Disposition, № 3, and conducted a careful review of the record. Williams has not objected; he instead filed a motion for voluntary dismissal, № 4. After reviewing for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition), and for legal error, the Court adopts the proposal in full. Williams's successive petition for a writ of habeas corpus is dismissed without prejudice. Williams's motion to dismiss, and his motion to proceed *in forma pauperis*, are denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 October 2013