IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RODNEY WILLIAMS**
**#79899**                                                                 **PLAINTIFF**

v.                      No. 5:13-cv-316-DPM

**RAY HOBBS, Director, Arkansas**
**Department of Corrections**                           **DEFENDANT**

## JUDGMENT

This case is dismissed without prejudice. A certificate of appealability will not issue.

*[signature]*

D.P. Marshall Jr.
United States District Judge

28 October 2013